# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160777 & (16)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BARBARA LUDOWESE and ROBERT
SCOTT MARTIN,
      Plaintiffs/Counterdefendants-
      Appellees,

v

                                     SC: 160777
                                     COA: 351488

CYNTHIA D. TROMBLEY-MARTIN,
      Defendant/Counterplaintiff-
      Appellant.

                                     St. Clair PC: 17-000189-CZ

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 3, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2020



s0121

                                            Clerk